AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ELIZABETH CRAMER and SARAH RAIE  *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  9:26-cv-80158-AMC |
| SHAWN'S DELI, INC. d/b/a HILARY'S RESTAURANT AND ROYAL DELI, a Florida Profit Corporation; and MARK RAKOFF, Individually,  *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SHAWN'S DELI, INC.
c/o SHAWN RAKOFF, Registered Agent
630-2 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Corey L. Seldin, Esq.
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, FL 33324
954-807-7765
Cseldin@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 13, 2026

Angela E. Noble
Clerk of Court

s/ Micky Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ELIZABETH CRAMER and SARAH RAIE <br><br> *Plaintiff(s)* <br> v. <br> SHAWN'S DELI, INC. d/b/a HILARY'S RESTAURANT AND ROYAL DELI, a Florida Profit Corporation; and MARK RAKOFF, Individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:26-cv-80158-AMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK RAKOFF
630-2 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Corey L. Seldin, Esq.
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, FL 33324
954-807-7765
Cseldin@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2026



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts